MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL, SBN 257163
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001
E-mail: cgonell@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
DARYL S. LANDY, State Bar No. 136288
ALISON B. WILLARD, State Bar No. 268672
One Market Street, Spear Street Tower
San Francisco, California 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: dlandy@morganlewis.com
E-mail: awillard@morganlewis.com

Attorneys for Defendant
CHASE INVESTMENT SERVICES CORP.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MICHAEL ALAKOZAI and STEVEN PITTS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE INVESTMENT SERVICES CORP.,<br><br>Defendant. | Case No. CV 3:11-cv-3499-MMC<br><br>[[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>[L.R. 6-1, 6-2] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:11-CV-3499-MMC
PROPOSED ORDER

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2 For the reasons described in the Parties' Stipulation, and for good cause shown, the Case
3 Management Conference currently scheduled for November 4, 2011 shall be vacated and
4 continued to January 13, 2012 at 10:30 a.m.

6 DATE: October 26, 2011

_____
The Honorable Maxine M. Chesney
United States District Judge

9 DB2/ 22733036.2

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:11-CV-03499-MMC