1  MORGAN, LEWIS & BOCKIUS LLP
   CARRIE A. GONELL, SBN 257163
2  5 Park Plaza, Suite 1750
   Irvine, CA 92614
3  Tel: 949.399.7000
   Fax: 949.399.7001
4  E-mail: cgonell@morganlewis.com

5  MORGAN, LEWIS & BOCKIUS LLP
   DARYL S. LANDY, State Bar No. 136288
6  ALISON B. WILLARD, State Bar No. 268672
   One Market Street, Spear Street Tower
7  San Francisco, California 94105-1126
   Tel: 415.442.1000
8  Fax: 415.442.1001
   E-mail: dlandy@morganlewis.com
9  E-mail: awillard@morganlewis.com

10 Attorneys for Defendant
   CHASE INVESTMENT SERVICES CORP.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| MICHAEL ALAKOZAI and STEVEN PITTS individually and on behalf of all others similarly situated, | Case No. CV 3:11-cv-3499-MMC |
|---|---|
| Plaintiffs, | [[PROPOSED] ORDER TRANSFERRING VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. §1404(a) |
| vs. | |
| CHASE INVESTMENT SERVICES CORP., | |
| Defendant. | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER TRANSFERRING VENUE
CASE NO. 3:11-CV-3499-MMC

DB2/ 22747577.3

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

For the reasons described in the Parties' Stipulation, and for good cause shown, IT IS ORDERED that this action be transferred under 28 U.S.C. § 1404(a) to the United States District Court, Central District of California.  The hearing on Defendant's Motion to Dismiss, Stay, or Transfer Venue to the Central District of California is vacated.

DATE: November 1, 2011

_____
The Honorable Maxine M. Chesney
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22747577.3

1

[PROPOSED] ORDER TRANSFERRING VENUE
CASE NO. 3:11-CV-03499-MMC