**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

**CASE NO.:** CV 11-09178 SJO (JEMx)    **DATE:** December 22, 2011

**TITLE:** Michael Alakozai v. Chase Investment Services Corp.

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                        Not Present
Courtroom Clerk                         Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**   **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                             Not Present

========================================================================
**PROCEEDINGS:** (IN CHAMBERS)

The parties are advised that **the MOTION to Amend Complaint filed by Plaintiff Michael Alakozai, Steven Pitts [56] and the MOTION to Compel Arbitration filed by Defendant Chase Investment Services Corp. [60],** scheduled for hearing on January 9, 2012, are taken under submission. Accordingly, the hearing date is vacated. Order will issue.