1  MORGAN, LEWIS & BOCKIUS LLP
   DARYL S. LANDY, SBN 136288
2  dlandy@morganlewis.com
   JOHN D. HAYASHI, SBN 211077
3  jhayashi@morganlewis.com
   5 Park Plaza, Suite 1750
4  Irvine, CA 92614
   Tel: 949.399.7000
5  Fax: 949.399.7001

6  MORGAN, LEWIS & BOCKIUS LLP
   ALISON B. WILLARD, SBN 268672
7  awillard@morganlewis.com
   One Market Street, Spear Street Tower
8  San Francisco, California 94105-1126
   Tel: 415.442.1000
9  Fax: 415.442.1001

10 Attorneys for Defendant
   Chase Investment Services Corp.
11

WYNNE LAW FIRM
EDWARD J. WYNNE, SBN 165819
ewynne@wynnelawfirm.com
100 Drakes Landing Road, Ste. 275
Greenbrae, California 94904
Tel: 415.461.6400
Fax: 415.461.3900

MARKUN ZUSMAN FRENIERE & COMPTON, LLP
JEFFREY K. COMPTON, SBN 142969
jcompton@mzclaw.com
DARIA DUB CARLSON, SBN 150628
dcarlson@mzclaw.com
Tel: 310.454.5900
Fax: 310.454.5970

Attorneys for Plaintiffs
Michael Alakozai and Steven Pitts, individually and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAKOZAI and STEVEN PITTS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>CHASE INVESTMENT SERVICES CORP.,<br><br>Defendant | Case No. 11-CV-09178-SJO-JEMx<br><br>[DISCOVERY MATTER]<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED TERMS OF PROTECTIVE ORDER |

1  Having reviewed the terms and conditions of the Parties *Stipulated Protective Order* and, based upon those terms and conditions and finding good cause supporting the Parties' agreement,

IT IS HEREBY ORDERED that the production of Information or Documents and the providing of deposition testimony pursuant to discovery under the Federal Rules of Civil Procedure be and hereby is subject to the terms and conditions of the *Stipulated Protective Order*, and that the Parties and counsel be and hereby are bound by the terms and conditions of said Order.

Dated: July 1, 2014

/s/ John E. McDermott

~~Honorable James S. Otero~~
~~United States District Court Judge~~

**JOHN E. McDERMOTT**
**UNITED STATES MAGISTRATE JUDGE**