1

2

3

JS-6

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11

MICHAEL ALAKOZAI and STEVEN PITTS, individually and on behalf of all others similarly situated,

Case No. 11-CV-09178-SJO (JEMx)

12

Hon. S. James Otero

13

Plaintiffs,

**ORDER DISMISSING CASE**

14

vs.

15

CHASE INVESTMENT SERVICES CORP.,

16

17

Defendant.

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

[PROPOSED] ORDER
CASE NO. 11-CV-09178-SJO (JEMx)

DB2/ 25396289.4

## <u>ORDER</u>

Based on the Stipulation of the Parties, IT IS HEREBY ORDERED AS FOLLOWS:

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby DISMISSED WITH PREJUDICE.

3.      Each party is to bear his or its own costs and attorneys' fees in connection with this action, the prior appellate proceedings, and this dismissal, with no award of attorneys' fees or costs to either side.

**IT IS SO ORDERED.**

February 13, 2015

Dated: _____

_____
Hon. James S. Otero
U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

2

[PROPOSED] ORDER
CASE NO. 11-CV-09178-SJO (JEMx)

DB2/ 25396289.4